JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tonya Arrasmith o/b/o Shane Steven Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1],<br><br>　　　　Defendant. | Case No. 2:25-cv-02089-DJC-DMC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from October 27, 2025, to December 26, 2025, for Plaintiff to serve on defendant with

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due to several merit briefs being due on the same week. For the weeks of October 27, 2025, and November 2, 2025, Plaintiffs' Counsel has eight briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 30, 2025    PENA & BROMBERG, ATTORNEYS AT LAW

By: /s/ Jonathan Omar Pena
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: September 30, 2025    ERIC GRANT
    United States Attorney
    MATHEW W. PILE
    Associate General Counsel
    Office of Program Litigation
    Social Security Administration

By: */s/ Oscar Gonzalez de Llano
    Oscar Gonzalez de Llano
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on September 30, 2025)

# **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 1, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

3